IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MURIEL NADIA HARRIS,              )
                                  )
        Plaintiff, pro se,        )
                                  )
        v.                        )       1:08CV803
                                  )
GILBARCO VEEDER ROOT,             )
                                  )
        Defendant.                )

## ORDER

On March 26, 2009, in accordance with 28 U.S.C. § 636(b), the Recommendation of the United States Magistrate Judge was filed, and notice was served on the parties, and a copy was given to the court. No objections were received by the court within the time prescribed by the statute.

The court has appropriately reviewed and hereby adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Dismiss (Doc.10) be **DENIED**.

/s/ Thomas D. Schroeder
United States District Judge

May 18, 2009